COMMISSIONER OF MOTOR VEHICLES *v.*
DEMILO AND COMPANY, INC.

The defendant's petition for certification for appeal from the Appellate Court is denied.

*Lorraine W. Osborne,* in support of the petition.

*Michael J. Lombardo,* assistant attorney general, in opposition.

Decided April 5, 1988

KAREN GREENE *v.* RICHARD GREENE

The defendant's petition for certification for appeal from the Appellate Court, 13 Conn. App. 512, is denied.

*Charles T. Busek,* in support of the petition.

*Robert K. Lesser,* in opposition.

Decided April 5, 1988

GARY KERPA *v.* A & A BROTHERS, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 13 Conn. App. 807, is denied.

*Gary Kerpa,* pro se, in support of the petition.

Decided April 5, 1988

EDWARD A. CURRIE *v.* LOUIS MARANO ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 13 Conn. App. 527, is denied.

*William C. Franklin,* in support of the petition.

*Richard Bruno,* in opposition.

Decided April 5, 1988